| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>SHERI FLAME EISNER #162776 |
| 2 | sheri.eisner@pillsburylaw.com<br>DAVID L. STANTON # 208079 |
| 3 | david.stanton@pillsburylaw.com<br>725 South Figueroa Street, Suite 2800 |
| 4 | Los Angeles, CA  90017-5406<br>Telephone: (213) 488-7100 |
| 5 | Facsimile: (213) 629-1033 |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JOHN M. GRENFELL #88500 |
| 7 | john.grenfell@pillsburylaw.com<br>50 Fremont Street |
| 8 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 9 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 10 | |
| 11 | Attorneys for Defendant<br>NETWORK SOLUTIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOE, Individually And On Behalf Of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>NETWORK SOLUTIONS, LLC,<br><br>                              Defendant. | No. C 07-5115 JL<br><br>DEFENDANT NETWORK SOLUTIONS, LLC'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE<br><br>Judge:     Hon. James Larson |

1    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2    The undersigned party hereby declines to consent to the assignment of this case to a

3  United States Magistrate Judge for trial and disposition and hereby requests the

4  reassignment of this case to a United States District Judge.

5

      Dated: October 15, 2007

6

7                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                          SHERI FLAME EISNER
                          JOHN M. GRENFELL

8                        DAVID L. STANTON

9

10                     By   /s/
                             Sheri Flame Eisner

11                    Attorneys for Defendant
                        NETWORK SOLUTIONS, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                 Docket No. C 07-5115 JL

2                 <u>PROOF OF SERVICE BY MAIL</u>

3     I, Sherette W. Duffus, the undersigned, hereby declare as follows:

4     1.     I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of Los Angeles, State of California.

7     2.     My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

9     3.     I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

14     4.     On October 15, 2007, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I serve a true copy of the attached document titled exactly **<u>DEFENDANT NETWORK SOLUTIONS, LLC'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE</u>** by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Seth A. Safier Esq.
Gutride Safier Reese LLP
835 Douglass Street
San Francisco CA 94114

25     I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October, 2007, at Los Angeles, California.

                                               _/s/ Sherette W. Duffus_
                                                   Sherette W. Duffus

600436505v1