| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>SHERI FLAME EISNER #162776 |
| 2 | sheri.eisner@pillsburylaw.com<br>DAVID L. STANTON # 208079 |
| 3 | david.stanton@pillsburylaw.com<br>725 South Figueroa Street, Suite 2800 |
| 4 | Los Angeles, CA  90017-5406<br>Telephone: (213) 488-7100 |
| 5 | Facsimile: (213) 629-1033 |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JOHN M. GRENFELL #88500 |
| 7 | john.grenfell@pillsburylaw.com<br>50 Fremont Street |
| 8 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 9 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 10 | |
| 11 | Attorneys for Defendant<br>NETWORK SOLUTIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DOE, Individually And On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>NETWORK SOLUTIONS, LLC,<br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C 07-5115 JL<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil L.R. 3-16] |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5  subject matter or in a party that could be substantially affected by the outcome of this
6  proceeding:
7      Network Solutions, LLC (indirectly owned by General Atlantic, LLC)
8      W.G. Champion Mitchell
9      Tontine, LLC
10     DBAH Capital, LLC (indirectly owned by Deutsche Bank AG)

Dated: October 15, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
SHERI FLAME EISNER
JOHN M. GRENFELL
DAVID L. STANTON

By /s/ _____
    Sheri Flame Eisner
Attorneys for Defendant
NETWORK SOLUTIONS, LLC

|   |   |
|---|---|
| 1 | Docket No. C 07-5115 JL |
| 2 | <u>PROOF OF SERVICE BY MAIL</u> |

3   I, Sherette W. Duffus, the undersigned, hereby declare as follows:

4   1.   I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of Los Angeles, State of California.

7   2.   My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

9   3.   I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

14   4.   On October 15, 2007, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I serve a true copy of the attached document titled exactly **<u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>** by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Seth A. Safier Esq.
Gutride Safier Reese LLP
835 Douglass Street
San Francisco CA 94114

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October, 2007, at Los Angeles, California.

*[signature]*
Sherette W. Duffus

600436505v1