| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | SHERI FLAME EISNER #162776 |
| 2 | sheri.eisner@pillsburylaw.com |
| | DAVID L. STANTON # 208079 |
| 3 | david.stanton@pillsburylaw.com |
| | 725 South Figueroa Street, Suite 2800 |
| 4 | Los Angeles, CA  90017-5406 |
| | Telephone: (213) 488-7100 |
| 5 | Facsimile:  (213) 629-1033 |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL #88500 |
| 7 | john.grenfell@pillsburylaw.com |
| | 50 Fremont Street |
| 8 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |
| 9 | Telephone: (415) 983-1000 |
| | Facsimile:  (415) 983-1200 |
| 10 | |
| | Attorneys for Defendant |
| 11 | NETWORK SOLUTIONS, LLC |
| 12 | GUTRIDE SAFIER REESE LLP |
| | ADAM J. GUTRIDE #181446 |
| 13 | SETH A. SAFIER #197427 |
| | seth@gutridesafier.com |
| 14 | 835 Douglass Street |
| | San Francisco CA  94114 |
| 15 | Telephone: (415) 271-6469 |
| | Facsimile: (415) 449-6469 |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | DOE, Individually And On Behalf Of All Others Similarly Situated, ) ) ) | No. C 07-5115 JL |
| 23 | ) | STIPULATION EXTENDING TIME |
| | Plaintiff, ) ) | FOR DEFENDANT NETWORK |
| 24 | ) | SOLUTIONS, LLC TO RESPOND TO |
| | vs. ) | PLAINTIFF'S COMPLAINT |
| 25 | ) | |
| | NETWORK SOLUTIONS, LLC, ) ) | [L.R. 6.1] |
| 26 | Defendant. ) | |
| 27 | ) ) | |
| 28 | ) | Judge: |

1    IT IS HEREBY STIPULATED, by and between counsel for Plaintiff DOE

2  ("Plaintiff") and counsel for Defendant NETWORK SOLUTIONS, LLC ("Defendant") that

3  the time in which Defendant may timely respond to Plaintiff's Complaint herein shall be

4  extended 30 days pursuant to Northern District Civil Local Rule 6.1, such that Defendant

5  shall have up to and including November 28, 2007 to respond.  Pursuant to Northern

6  District Civil Local Rule 6.1 this stipulation is filed but does not need to be approved by the

7  Court.

8

9    IT IS SO STIPULATED.

10

11   Dated:  October 16, 2007

12                                                                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                                            SHERI FLAME EISNER
13                                                                          JOHN M. GRENFELL
                                                                            DAVID L. STANTON
14

15
                                                                            By :     /s/
16                                                                                Sheri Flame Eisner
                                                                                  Attorneys for Defendant
17                                                                                NETWORK SOLUTIONS, LLC

18   Dated:  October ___, 2007

19
                                                                            GUTRIDE SAFIER REESE LLP
20                                                                          ADAM J. GUTRIDE
                                                                            SETH A. SAFIER
21

22
                                                                            By
23                                                                               Seth A. Safier
                                                                                 Attorneys for Plaintiff
24                                                                               DOE

25

26

27

28

1     IT IS HEREBY STIPULATED, by and between counsel for Plaintiff DOE
2  ("Plaintiff") and counsel for Defendant NETWORK SOLUTIONS, LLC ("Defendant") that
3  the time in which Defendant may timely respond to Plaintiff's Complaint herein shall be
4  extended 30 days pursuant to Northern District Civil Local Rule 6.1, such that Defendant
5  shall have up to and including November 28, 2007 to respond.  Pursuant to Northern
6  District Civil Local Rule 6.1 this stipulation is filed but does not need to be approved by the
7  Court.

8

9     IT IS SO STIPULATED.

10

11    Dated: October ___, 2007

12                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                      SHERI FLAME EISNER
13                                    JOHN M. GRENFELL
                                      DAVID L. STANTON
14

15
                                      By _____
16                                         Sheri Flame Eisner
                                           Attorneys for Defendant
17                                         NETWORK SOLUTIONS, LLC

18    Dated: October 15, 2007

19
                                      GUTRIDE SAFIER REESE LLP
20                                    ADAM J. GUTRIDE
                                      SETH A. SAFIER
21

22
                                      By _____
23                                         Seth A. Safier
                                           Attorneys for Plaintiff
24                                         DOE

25

26

27

28