1  **GUTRIDE SAFIER REESE LLP**
   Adam J. Gutride (Cal. State Bar No.181466)
2  Seth A. Safier (Cal. State Bar No. 197427)
   835 Douglass Street
3  San Francisco, California 94114
   Telephone:  (415) 271-6469
4  Facsimile:   (415) 449-6469

5  **Counsel for Plaintiff**

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 DOE, Individually And On Behalf Of All Others  ) **Case No. CV 07-05115 (JSW)**
   Similarly Situated,                            )
12                                                 )
                       Plaintiff,                  ) **PLAINTIFF'S CERTIFICATE OF**
13                                                 ) **INTERESTED PARTIES OR**
        vs.                                        ) **PERSONS**
14                                                 )
   NETWORK SOLUTIONS, LLC                          )
15                     Defendant.                  )
                                                   )
16                                                 )
                                                   )
17                                                 )
                                                   )
18                                                 )
                                                   )
19                                                 )
                                                   )
20                                                 )
                                                   )
21                                                 )
                                                   )
22                                                 )

23

24      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

25 than the named parties, there is no such interest to report.

26

27

28     **PLAINTIFF'S ERTIFICATE OF INTERESTED PARTIES OR PERSONS**

1

2   DATED:        October 18, 2007                  **GUTRIDE SAFIER REESE LLP**

3

4                                              By: _____
                                                   Adam J. Gutride (Cal. State Bar No. 181446)
5                                                  Seth A. Safier (Cal. State Bar No. 197427)
                                                   835 Douglass Street
6                                                  San Francisco, California 94114
                                                   Telephone:  (415) 271-6469
7                                                  Facsimile:   (415) 449-6469

8
                                                   *Counsel for Plaintiff*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES OR PERSONS**