1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SHERI FLAME EISNER #162776
2  sheri.eisner@pillsburylaw.com
   DAVID L. STANTON # 208079
3  david.stanton@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA  90017-5406
   Telephone: (213) 488-7100
5  Facsimile: (213) 629-1033

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOHN M. GRENFELL #88500
7  john.grenfell@pillsburylaw.com
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA  94120-7880
9  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
10
   Attorneys for Defendant
11 NETWORK SOLUTIONS, LLC

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

| | |
|---|---|
| DOE, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NETWORK SOLUTIONS, LLC,<br><br>　　　　　Defendant. | No. C 07-5115 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)<br><br>Judge:　Hon. Jeffrey S. White<br>Date:　　January 25, 2008<br>Time:　　9:00 a.m.<br>CrtRm:　2 |

1   Defendant Network Solutions LLC's ("Network Solutions") Motion To Dismiss
2   Pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction
3   came on regularly for hearing in room 2 of this Court on January 25, 2008 at 9:00 a.m.
4   before the Honorable Jeffrey S. White.  Network Solutions was represented by the law firm
5   of Pillsbury Winthrop Shaw Pittman LLP and plaintiff Doe ("Plaintiff") was represented by
6   the law firm of Gutride Safier Reese LLP.
7   After full consideration of the pleadings, records and files herein, including oral
8   argument by both parties, and the authorities submitted by counsel, the Court finds that
9   Plaintiff improperly filed this proposed class action anonymously in violation of Federal
10  Rule of Civil Procedure 10(a) and 17(a).  This is based on the following: Plaintiff did not
11  obtain prior court approval for an anonymous filing; Plaintiff failed to identify himself in
12  the Complaint; and Plaintiff's Complaint does not establish any ground for an anonymous
13  filing.  As a result, there is no real party in interest or person with Article III standing to
14  pursue the alleged claims.  Thus, this Court lacks subject matter jurisdiction.
15  Based on these findings, the Court GRANTS Defendant's Motion to Dismiss
16  pursuant to Federal Rule of Civil Procedure 12(b)(1).   This action is hereby DISMISSED.
17  Dated:_____

Jeffrey S. White
Judge of the United States District Court