**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOE,

        Plaintiff,                         No. C 07-05115 JSW

    v.

NETWORK SOLUTIONS, LLC,                **ORDER SETTING BRIEFING**
                                          **SCHEDULE ON PENDING**
        Defendant.                     **MOTIONS**
_____/

      This matter is set for a hearing on January 25, 2008 on Defendants' pending motions to dismiss and motion to strike. The Court HEREBY ORDERS that oppositions to the motions shall be filed by no later than December 14, 2007 and reply briefs shall be filed by no later than December 21, 2007.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated:  November 29, 2007

                                        _____
                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE