1 | GUTRIDE SAFIER REESE LLP
  | Adam J. Gutride (Cal. State Bar No.181466)
2 | Seth A. Safier (Cal. State Bar No. 197427)
  | 835 Douglass Street
3 | San Francisco, California 94114
  | Telephone:  (415) 271-6469
4 | Facsimile:   (415) 449-6469

5 | Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOE, Individually And On Behalf Of All Others Similarly Situated, | ) Case No. 07-5115 JSW |
| Plaintiff, | ) MANUAL FILING NOTIFICATION RE |
| vs. | ) DECLARATION OF PLAINTIFF IN ) OPPOSITION TO DEFENDANT'S |
| NETWORK SOLUTIONS, LLC | ) MOTIONS TO DISMISS |
| Defendant. | ) |

**MANUAL FILING NOTIFICATION**

Regarding: DECLARATION OF PLAINTIFF IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS. This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):  Item Under Seal

Dated:  December 14, 2007                    GUTRIDE SAFIER REESE LLP

By:  /s/ Seth A. Safier
  Adam J. Gutride
  Seth A. Safier
  835 Douglass Street
  San Francisco, California 94119