GUTRIDE SAFIER REESE LLP
Adam J. Gutride (Cal. State Bar No.181466)
Seth A. Safier (Cal. State Bar No. 197427)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 271-6469
Facsimile: (415) 449-6469

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOE, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>NETWORK SOLUTIONS, LLC<br>                    Defendant. | Case No. 07-5115 JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

1 | For GOOD CAUSE shown, the Court hereby orders the following filed under seal:

**DECLARATION OF PLAINTIFF IN OPPOSITION TO DEFENDANT'S MOTIONS TO DIMISS.**

IT IS SO ORDERED

Dated:  December __ 2007

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE