**PROOF OF SERVICE**

I, Seth A. Safier, declare:

My business address is 835 Douglass Street, San Francisco, California.  I am employed in the County of San Francisco, where this mailing occurs.  I am over the age of 18 years and not a party to the within cause.

On December 14, 2007, I served the following documents:

1

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3), OR IN THE ALTERNATIVE TO TRANSFER PURSUANT TO 28 U.S.C. § 1406(A), FOR IMPROPER VENUE

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(3), OR IN THE ALTERNATIVE TO TRANSFER PURSUANT TO 28 U.S.C. § 1406(A), FOR IMPROPER VENUE

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(F)

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STRIKE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(F)

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(b)(1) AND CROSS-MOTION FOR LEAVE TO FILE AS "DOE" AND TO SEAL OR STRIKE PORTIONS OF DECLARATIONS OF SHERI FLAME EISNER AND NATALIE STERLING

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(B)(1) AND GRANTING PLAINTIFF'S CROSS-MOTION FOR LEAVE TO FILE AS "DOE" AND TO SEAL OR STRIKE PORTIONS OF DECLARATIONS OF SHERI FLAME EISNER AND NATALIE STERLING

DECLARATION OF PLAINTIFF IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS

DECLARATION OF PLAINTIFF IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS (REDACTED)

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; SUPPORTING DECLARATION

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

MANUAL FILING NOTIFICATION RE DECLARATION OF PLAINTIFF IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS

PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S RULE 12 MOTIONS

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S RULE 12 MOTIONS

PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

[PROPOSED] ORDER DENYING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

on the following person(s) in this action by placing a true copy thereof as follows:

Sheri Flame Eisner
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street

Suite 2800
Los Angeles, CA  90017-5406
Email:  sheri.eisner@pillsburylaw.com
david.stanton@pillsburylaw.com

      [x]    BY ELECTRONIC MAIL.  I caused said documents to be transmitted by electronic mail to the email address indicated after the address(es) noted above and via ECF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on December 14, 2007, at San Francisco, California.

                                                                                      _____
                                                                                       Seth A. Safier, Esq.