| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>SHERI FLAME EISNER #162776 |
| 2 | sheri.eisner@pillsburylaw.com<br>DAVID L. STANTON # 208079 |
| 3 | david.stanton@pillsburylaw.com<br>725 South Figueroa Street, Suite 2800 |
| 4 | Los Angeles, CA  90017-5406<br>Telephone: (213) 488-7100 |
| 5 | Facsimile: (213) 629-1033 |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JOHN M. GRENFELL #88500 |
| 7 | john.grenfell@pillsburylaw.com<br>50 Fremont Street |
| 8 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 9 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 10 | |
| 11 | Attorneys for Defendant<br>NETWORK SOLUTIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOE, Individually And On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>NETWORK SOLUTIONS, LLC,<br><br>            Defendant. | No. C 07-5115 JSW<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE<br><br>Judge:    Hon. Jeffrey S. White<br>Date:     January 25, 2008<br>Time:     9:00 a.m.<br>CrtRm:    2 |

1   After full consideration of the pleadings, records and files herein, and the authorities submitted by counsel, the Court finds that Defendant Network Solutions, LLC properly filed the following motions pursuant to Federal Rule of Civil Procedure 12(g), Local Rule 7-2, and this Court's standing order: (1) Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6); (2) Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f); and (3) Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(3), or in the Alternative to Transfer Pursuant to 28 U.S.C. §1406(a), for Improper Venue.

Based on these findings, the Court DENIES Plaintiff's Motion to Strike.

Dated:_____

_____
Jeffrey S. White
Judge of the United States District Court