UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOE

            Plaintiff(s),

    v.

NETWORK SOLUTIONS

            Defendant(s).

_____/

No. C 07-05115 JSW

**CLERK'S NOTICE**

     YOU ARE HEREBY NOTIFIED that on March 28, 2008, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** January 18, 2008 , in this matter.   A joint case management statement shall be due on or before March 21, 2008.

Richard W. Wieking
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated:  January 2, 2008