1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    SHERI FLAME EISNER #162776
2   sheri.eisner@pillsburylaw.com
    DAVID L. STANTON # 208079
3   david.stanton@pillsburylaw.com
    725 South Figueroa Street, Suite 2800
4   Los Angeles, CA  90017-5406
    Telephone: (213) 488-7100
5   Facsimile: (213) 629-1033

6   PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN M. GRENFELL #88500
7   john.grenfell@pillsburylaw.com
    50 Fremont Street
8   Post Office Box 7880
    San Francisco, CA  94120-7880
9   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
10
    Attorneys for Defendant
11  NETWORK SOLUTIONS, LLC

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15  _____
                                    )
16  DOE, Individually And On Behalf Of All  )        No. C 07-5115 JSW
    Others Similarly Situated,      )
17                                  )
                                    )
18                    Plaintiff,    )   NOTICE OF LODGING OF NEW
                                    )   RULING GERMANE TO
19        vs.                       )   DEFENDANT'S MOTION TO
                                    )   DISMISS PURSUANT TO FEDERAL
20  NETWORK SOLUTIONS, LLC,         )   RULE OF CIVIL PROCEDURE
                                    )   12(b)(3), OR IN THE ALTERNATIVE
21                    Defendant.    )   TO TRANSFER PURSUANT TO
                                    )   28 U.S.C. § 1406(a), FOR IMPROPER
22                                  )   VENUE
                                    )
23                                  )
                                    )   Judge:     Hon. Jeffrey S. White
24                                  )   Date:      January 25, 2008
                                    )   Time:      9:00 a.m.
25  _____)   CrtRm:     2

26

27

28

1      Defendant Network Solutions LLC ("Network Solutions") has filed a Motion to

2   Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(3), or in the Alternative to

3   Transfer Pursuant to 28 U.S.C. § 1406(a), For Improper Venue (Dkt. 16) (the "12(b)(3)

4   Motion"), which has been fully briefed and is scheduled for hearing on January 25, 2008.

5
    In connection with the 12(b)(3) Motion, Network Solutions hereby respectfully lodges a
6
    new germane ruling in the closely related declaratory relief action between the parties in the
7
8   Circuit Court for Fairfax County, Virginia, entitled <u>Network Solution LLC v. Nexus</u>

9   <u>Holdings, Inc. and Brett Gottlieb</u>, Civil Action No. 2007-11510 (the "Virginia Action").

10  The Virginia Action is discussed at some length in the 12(b)(3) Motion (<u>see</u> Dkt. 16 at

11  6:19-7:3; 14:11-15:9) and in the Opposition to the 12(b)(3) Motion (<u>see</u> Dkt. 28 at 10:24-

12  11:5).
13
           On January 10, 2008, after an over two hour evidentiary hearing, the court in the
14
    Virginia Action denied defendant Brett Gottlieb's ("Gottlieb") Plea in Bar, Motion to
15
16  Quash Service and/or Dismiss for Lack of Personal Jurisdiction.  Specifically, the court in

17  the Virginia Action ruled that it has personal jurisdiction over Gottlieb (<u>i.e.</u>, plaintiff "Doe"

18  in the action pending before this Court), based on the same forum-selection clause in the

19  parties' Service Agreement as quoted in the 12(b)(3) Motion.  <u>See</u> Dkt. 16 at 4:24-5:9.  The

20  Order in the Virginia Action, which is attached to this Notice of Lodging, overrules and
21
    denies Gottlieb's motion "as more fully set forth in the Court's oral ruling."
22

23

24

25

26

27

28

1    Network Solutions is in the process of obtaining a copy of the transcript from the

2    hearing in the Virginia Action and will lodge it with this Court as soon as possible.

3        Dated: January 11, 2008

4

5                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                 SHERI FLAME EISNER
6                                JOHN M. GRENFELL
                                 DAVID L. STANTON

7

8                                By _____/s/_____
9                                         Sheri Flame Eisner
                                     Attorneys for Defendant
10                               NETWORK SOLUTIONS, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING OF NEW RULING GERMANE TO
DEFENDANT'S MOTION TO DISMISS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3)

VIRGINIA:

## IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| NETWORK SOLUTIONS LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2007-11510 |
| NEXUS HOLDINGS, INC. | ) |
| and | ) |
| BRETT GOTTLIEB, | ) |
| Defendants. | ) |

## ORDER

THIS MATTER having come before the Court on Defendant Brett Gottlieb's Plea in Bar,

Motion to Quash Service and/or Dismiss for Lack of Personal Jurisdiction, it appearing to the

Court that the motion should be denied, it is hereby *Overruled and* *and as more fully set forth in the Court's oral ruling*

ORDERED that this Court has personal jurisdiction over Defendant Brett Gottlieb, and

ORDERED that Defendant Brett Gottlieb's Plea in Bar, Motion to Quash Service and/or

Dismiss for Lack of Personal Jurisdiction be and hereby is denied. *Overruled and*

Dated: Jan. 10, 2008            _____
                               Judge, Circuit Court of Fairfax County

WE ASK FOR THIS

_____
Jack McKay (VSB No. 01319)
Alison B. Rousseau (VSB No. 71418)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC  20037
Telephone:  202-663-8000
Facsimile:  202-663-8007

*Counsel for Plaintiff Network Solutions LLC*

SEEN and  Objected to :

_____
Scott A. Surovell (VSB #40278)
Surovell Markle Isaacs & Levy PLC
410 University Drive - Suite 200
Fairfax, Virginia 22030
Tel: (703) 277-9750
Fax: (703) 591-2149

*Counsel for Defendants*

2