| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | SHERI FLAME EISNER #162776 |
| 2 | sheri.eisner@pillsburylaw.com |
| | DAVID L. STANTON # 208079 |
| 3 | david.stanton@pillsburylaw.com |
| | 725 South Figueroa Street, Suite 2800 |
| 4 | Los Angeles, CA  90017-5406 |
| | Telephone: (213) 488-7100 |
| 5 | Facsimile: (213) 629-1033 |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL #88500 |
| 7 | john.grenfell@pillsburylaw.com |
| | 50 Fremont Street |
| 8 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |
| 9 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 10 | |
| 11 | Attorneys for Defendant |
| | NETWORK SOLUTIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOE, Individually And On Behalf Of All Others Similarly Situated, | No. C 07-5115 JSW |
| Plaintiff, | SUPPLEMENTAL NOTICE OF LODGING OF TRANSCRIPT RELATED TO NEW RULING GERMANE TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3), OR IN THE ALTERNATIVE TO TRANSFER PURSUANT TO 28 U.S.C. § 1406(a), FOR IMPROPER VENUE |
| vs. | |
| NETWORK SOLUTIONS, LLC, | |
| Defendant. | |
| | Judge:   Hon. Jeffrey S. White |
| | Date:    January 25, 2008 |
| | Time:    9:00 a.m. |
| | CrtRm:   2 |

1  Defendant Network Solutions LLC ("Network Solutions") hereby submits this Supplemental Notice of Lodging in connection with its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(3), or in the Alternative to Transfer Pursuant to 28 U.S.C. § 1406(a), For Improper Venue (Dkt. 16) (the "12(b)(3) Motion"), which has been fully briefed and is scheduled for hearing on January 25, 2008.

As stated in Network Solutions' Notice of Lodging lodged with this Court on January 11, 2008 (Dkt. 49), Network Solutions hereby provides the Court with a copy of the transcript from the proceedings in the case pending in the Circuit Court for Fairfax County, Virginia, entitled <u>Network Solution LLC v. Nexus Holdings, Inc. and Brett Gottlieb</u>, Civil Action No. 2007-11510. The Court's oral ruling, which is incorporated into the Order previously lodged with this Court, is found on pages 115-116 of the transcript.

Dated: January 15, 2008

PILLSBURY WINTHROP SHAW PITTMAN LLP
SHERI FLAME EISNER
JOHN M. GRENFELL
DAVID L. STANTON

By  /s/
Sheri Flame Eisner
Attorneys for Defendant
NETWORK SOLUTIONS, LLC