United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOE, et al.

    Plaintiffs,    No. C 07-05115 JSW

  v.    **JUDGMENT**

NETWORK SOLUTIONS, LLC

    Defendant.

_____/

For the reasons set forth in the Court's Order of this date granting Defendant's motion to dismiss pursuant to Rule 12(b)(3), judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 22, 2008

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE